IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA        :
                                :
        v.                      :   CRIMINAL NO. 04-00063-JPF
                                :
THOMAS P. GORDON,               :
SHERRY L. FREEBERY and          :
JANET K. SMITH                  :

ORDER

AND NOW, this 9th day of September 2005, venue of this case having been transferred to the Eastern District of Pennsylvania, IT IS ORDERED:

That the Clerk of the United States District Court for the District of Delaware shall transmit the entire file to the Clerk of the United States District Court for the Eastern District of Pennsylvania.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.



FILED
SEP 9 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE